**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JULIA MALDONADO, | ) | |
| | ) | |
| Plaintiff, | ) | No. 14 C 6694 |
| | ) | Consolidated with |
| v. | ) | 14 C 7091 |
| | ) | 14 C 7092 |
| FREEDMAN ANSELMO LINDBERG LLC, | ) | 14 C 7371 |
| Defendant. | ) | 14 C 7373 |
| | ) | 14 C 7374 |
| | ) | 14 C 7812 |
| | ) | 14 C 8173 |
| | ) | 14 C 8175 |
| | ) | 14 C 8217 |
| | ) | |
| | ) | Judge Harry D. Leinenweber |
| | ) | |

## NOTICE OF JOINT MOTION

To:     All Counsel of Record

PLEASE TAKE NOTICE that on April 16, 2015 at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Leinenweber, in Courtroom 1941, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present the parties' **Joint Motion to Extend Discovery Deadline.**


By: s/Justin M. Penn


Justin M. Penn
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I filed this Notice and the document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on March 30, 2015.


s/Justin M. Penn
Justin M. Penn

131030721v1 0963823