IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHY KETHCHUM,<br><br>    Plaintiff,<br><br> v.<br><br>FREEDMAN ANSELMO LINDBERG LLC and PORTFOLIO RECOVERY ASSOCIATES, L.L.C.,<br><br>    Defendants. | No. 14 C 6694<br>Consolidated with<br>14 C 7091<br>14 C 7092<br>14 C 7371<br>14 C 7373<br>14 C 7812<br>14 C 8173<br>14 C 8175<br>14 C 8217<br><br>Hon. Harry D. Leinenweber |

## NOTICE OF MOTION

To: Nathan Volheim
   Sulaiman Law Group, Ltd.
   900 Jorie Boulevard, Suite 150
   Oakbrook, IL 60523
   E-mail: nvolheim@sulaimanlaw.com

  **PLEASE TAKE NOTICE** that on April 14, 2015 at 9:30 a.m., or soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Harry D. Leinenweber sitting in Courtroom 1941 of the United States District Court for the Northern District of Illinois and then and there present **Defendants' Motion for Leave to Supplement and Cite Additional Authority**, a copy of which is served upon you.

 Respectfully submitted,

| FREEDMAN ANSELMO LINDBERG LLC, Defendant | PORTFOLIO RECOVERY ASSOCIATES, LLC, Defendant |
|---|---|
| */s/ Jonathon D. Drews* | */s/ Lindsey A.L. Conley* |
| Justin M. Penn | David M. Schultz |
| Jonathon D. Drews | Avanti D. Bakane |
| Hinshaw & Culbertson LLP | Lindsey A.L. Conley |
| 222 North LaSalle Street, Suite 300 | Hinshaw & Culbertson LLP |
| Chicago, IL 60601-1081 | 222 North LaSalle Street, Suite 300 |
| Tel: 312-704-3000 | Chicago, IL 60601-1081 |
| E-mail:jdrews@hinshawlaw.com | Tel: 312-704-3000 |
| | E-mail:lconley@hinshawlaw.com |

131030484v1 0965926

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 30, 2015, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois Eastern Division, the foregoing **Notice of Motion** by using the CM/ECF system, which will send notification of such filing(s) to:

Nathan C. Volheim
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oakbrook, IL 60523
E-mail: nvolheim@sulaimanlaw.com

                                                  */s/ Lindsey A.L. Conley*