# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Julia Maldonado

                                 Plaintiff,

v.                                               Case No.: 1:14–cv–06694
                                                           Honorable Harry D. Leinenweber

Freedman Anselmo Lindberg LLC

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 15, 2015:

      MINUTE entry before the Honorable Harry D. Leinenweber:The Joint Motion to extend discovery deadline and joint status report [24], is granted. Fact discovery to be completed by 6/30/2015. Ruling date now scheduled for 4/23/2015 is stricken. The court will rule by mail.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.