# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Julia Maldonado

                                               Plaintiff,

v.                                                   Case No.: 1:14–cv–06694
                                                          Honorable Harry D. Leinenweber

Freedman Anselmo Lindberg LLC, et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 4, 2015:

      MINUTE entry before the Honorable Harry D. Leinenweber:Status hearing held on 6/4/2015. Defendant to file its motion for summary judgment with supporting brief by 7/15/2015. Plaintiff to file its cross motion for summary judgment by 8/12/2015. All responses to be filed by 8/26/2015. The court will rule orally on 10/6/2015 at 9:00 a.m. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.