IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIA MALDONADO, )<br>)<br>        Plaintiff, )<br>)<br>  v. )<br>)<br>FREEDMAN ANSELMO LINDBERG LLC, )<br>        Defendant. )<br>)<br>) | No. 14 C 6694<br>Motion for:<br>14 C 7371<br>14 C 7373<br>14 C 7374<br>14 C 7812<br>14 C 8175<br>14 C 0558<br><br>Judge Harry D. Leinenweber |

**DEFENDANT FREEDMAN ANSELMO LINDBERG LLC'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES Defendant, FREEDMAN ANSELMO LINDGERG, LLC ("Defendant"), by and through its attorneys, David M. Schultz, Justin M. Penn, and Palak N. Shah of Hinshaw & Culbertson LLP, and submits pursuant to Federal Rule 56 and Local Rule 56.1, and moves for summary judgment in its favor and against all Plaintiffs' claims in the following cases:

1) *Maldonado,* 14-cv-6694;
2) *Ratcliff,* 14-cv-7371;
3) *Jelebinkov,* 14-cv-7373;
4) *Jaber,* 14-cv-7374;
5) *Adams,* 14-cv-7812;
6) *Jelebinkov,* 14-cv-8175;
7) *Oliver,* 15-cv-00558

Defendant incorporates its contemporaneously filed Memorandum of Law in Support of this Motion.

WHEREFORE, Defendant, FREEDMAN ANSELMO LINDGERG, LLC, respectfully requests that this Court enter an order granting summary judgment in favor of Defendant and against Plaintiffs, and for such other and further relief as this Court deems proper.

| | |
|---|---|
| David M. Schultz | Respectfully Submitted, |
| Justin M. Penn | |
| Palak N. Shah | Freedman Anselmo Lindberg, LLC |
| HINSHAW & CULBERTSON LLP | |
| 222 N. LaSalle Street, Suite 300 | |
| Chicago, IL 60601 | By:       /s/*Palak N. Shah* |
| dschultz@hinshawlaw.com | One of Its Attorneys |
| jpenn@hinshawlaw.com | |
| pshah@hinshawlaw.com | |
| Phone No.: 312-704-3000 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2015, I electronically filed the foregoing **Motion for Summary Judgment** by using the CM/ECF system, which will send notification of such filing(s) to all counsel of record.

*s/Palak N. Shah*
Palak N. Shah
Hinshaw & Culbertson LLP
222 N. LaSalle St., Suite 300
Chicago, IL  60601-1081
Tel:     312/704-3000
Fax:    312/704-3001