**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JULIA MALDONADO, | Lead Case No: 1:14-cv-06694 |
| Plaintiff, | Notice for Case No: 1:14-cv-07374 |
| v. | Honorable Harry D. Leinenweber |
| FREEDMAN, ANSELMO, LINDBERG, LLC | |
| Defendant. | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Nuha Jaber ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant Atlantic Credit & Finance Special Finance Unit, LLC, only, settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

*Nuha Jaber v. Atlantic Credit & Finance Special Finance Unit, LLC*

Respectfully submitted this 21st day of July, 2015

Respectfully Submitted,

s/ Majdi Y. Hijazin
Majdi Y. Hijazin, *Of Counsel*
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523
(630) 575-8181
mhijazin@hijazinlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record:

David M. Schultz
Palak N. Shah
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601
(312) 704-3000
Attorneys for Defendant
