UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Julia Maldonado

          Plaintiff,

v.                 Case No.: 1:14−cv−06694
                Honorable Harry D. Leinenweber

Freedman Anselmo Lindberg LLC, et al.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 23, 2015:

  MINUTE entry before the Honorable Harry D. Leinenweber:The Court reaffirms the granting of the Motions for Summary Judgment for all of the cases assigned to it with the exception of Delitz v. Portfolio Recovery Associates, LLC, Case No. 14 CV 10176 and Guy v. Freedman Anselmo Lindberg, LLC and Portfolio Recovery Associates, LLC, Case No. 15 CV 2538. In these two cases the Court grants the Defendants Motions for Summary Judgment and denies the Plaintiffs Motions.Mailed notice(wp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.